SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Jean Amy Donovan,<br><br>          Defendants | ) Case No. **2:11-cv-00799-JAM-JFM**<br>)<br>) **ORDER RE: REQUEST FOR EXTENSION**<br>) **OF TIME TO FILE DISPOSITIONAL**<br>) **DOCUMENTS**<br>)<br>)<br>)<br>)<br>)<br>) |

    IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than November 5, 2012.

Date:   10/11/2012

                    /s/ John A. Mendez_____
                    U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-11-cv-00799-JAM-JFM - 1